In the Matter of the Probate of the Will of ISAAC MELTZER, Deceased.

JOSEPH MELTZER, Appellant; IDA MELTZER, Respondent.

(Submitted September 30, 1935; decided October 8, 1935.)

*John D. Lyons* for motion.
*Michael Halperin* opposed.
Motion denied, without costs.